# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANTHONY BUSSIE                                                          PLAINTIFF
Reg. #64105-050

V.                               No. 4:14-cv-42-DPM

JOHN BOEHNER, United States
Congressman; and ROBERT ANDREWS,
United States Congressman                                              DEFENDANTS

## ORDER

More than a month has passed since the Court ordered Bussie, a three-striker, to submit the $400 statutory filing fee. № 2. The Court warned that it would dismiss his complaint if he did not comply by 29 February 2014. *Ibid.* He hasn't asked for more time or otherwise responded. Local Rule 5.5(c)(2). His complaint is therefore dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014