IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTHONY BUSSIE**  **PLAINTIFF**
Reg. #64105-050

V.  No. 4:14-cv-42-DPM

**JOHN BOEHNER, United States**
**Congressman; and ROBERT ANDREWS,**
**United States Congressman**  **DEFENDANTS**

## JUDGMENT

Bussie's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 June 2014